## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AUBREY JERMAINE CUMMINGS,

                Petitioner,

-vs-                                     Case No.  6:04-cv-1613-Orl-19DAB
                                  (Criminal Case No.:  6:01-cr-183-Orl-19DAB)

UNITED STATES OF AMERICA,

                Respondent.
_____

### ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S REQUEST FOR RECONSIDERATION** **(Doc. No. 17)** |
| **FILED:** | **August 17, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.  Petitioner has demonstrated no basis for reconsideration of the Court's Order of July 15, 2005 (Doc. No. 15).

**DONE AND ORDERED** at Orlando, Florida this ___23rd____ day of August, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 8/18
Counsel of Record
Aubrey Jermaine Cummings