UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUBREY JERMAINE CUMMINGS,

          Petitioner,

-vs-                                              Case No.  6:04-cv-1613-Orl-19DAB
                                              (Criminal Case No.:  6:01-cr-183-Orl-19DAB)

UNITED STATES OF AMERICA,

          Respondent.

_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 19)** |
| **FILED:** | **September 15, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this ___19th_____ day of September, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 9/19
Counsel of Record
Aubrey Jermaine Cummings